UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MELINDIA JACKSON,<br>    Plaintiff,<br><br>-v-<br><br>MEMBER SELECT INSURANCE GROUP,<br>a/k/a Auto Club of Michigan,<br>    Defendant. | No. 1:14-cv-229<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having dismissed Jackson's claims against Member Select Insurance Group, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  May 29, 2014                       /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          Chief United States District Judge